IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 20-276-1 |
| | : | |
| SHAWN ERIC SUTTON | : | |

## ORDER

**AND NOW**, this 28th day of July 2022, upon considering the Defendant's Motion for compassionate release (ECF Doc. No. 84), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 84) is **DENIED** without prejudice.

_____
KEARNEY, J.